**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Tracey Person<br>Karla Young-Person | : | CASE NO: 14-56277 |
| | : | CHAPTER 13 |
| | : | JUDGE: C KATHRYN PRESTON |

**NOTICE OF INTENTION**
**TO PAY CLAIMS**

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Frank M. Pees, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00023 | Ally Financial<br>Payment Processing Center<br>Po Box 78369<br>Phoenix, AZ 85062-8369 | 3,685.41 | 1.00 % | 0.00 % | Unsecured |
| 00050 | Ally Financial<br>% Weltman & Weinberg<br>Po Box 93784<br>Cleveland, OH 44101 | 11,585.12 | 1.00 % | 0.00 % | Unsecured |
| 00001 | AMERICREDIT FINANCIAL SERV INC DBA GM FIN<br>PO BOX 183853<br>ARLINGTON, TX 76096 | 15,743.42 | 100.00 % | 5.00 % | Secured-PMSI |
| 00044 | AMERICREDIT FINANCIAL SERV INC DBA GM FIN<br>PO BOX 183853<br>ARLINGTON, TX 76096 | 650.00 | 100.00 % | 0.00 % | Secured |
| 00006 | ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH 43215 | 3,407.00 | 100.00 % | 0.00 % | Priority |
| 00051 | ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH 43215 | 1,102.00 | 1.00 % | 0.00 % | Unsecured |
| 00048 | Cerastes LLC<br>c/o Weinstein Pinson & Riley PS<br>PO Box 3978<br>Seattle, WA 98124-3978 | 740.00 | 1.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00010 | Chase<br>P.O. Box 1022<br>Wixom, MI  48393 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00011 | Check Smart<br>2496 Morse Road<br>Columbus, OH  43231 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00012 | CMI<br>4200 International<br>Carrollton, TX  75007 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00013 | Columbus Southern Power<br>P.O. Box 3030<br>Anderson, IN  46018-3030 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00015 | Credit Management<br>4200 International Pkwy.<br>Carrollton, TX  75007-1906 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00017 | Dish Network<br>Dept. 0063<br>Palatine, IL  60055-0063 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00018 | Dr. Christopher Masoner<br>17 N. Harding Rd.<br>Columbus, OH  43209 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00019 | Enhanced Recovery Corp<br>8014 Bayberry Rd.<br>Jacksonville, FL  32256 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00020 | Enhanced Recovery Corp.<br>P.O. Box 57547<br>Jacksonville, FL  32241 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00052 | Erin E. Schrader<br>Rauser & Associates<br>5 E. Long Street, Suite 300<br>Columbus, OH  43215 | 412.50 | 100.00 % | 0.00 % | Additional Attorney Fees |
| 00005 | Harriet Person<br>c/o Franklin County Child Support<br>80 E. Fulton St.<br>Columbus, OH  43215 | Not filed | 100.00 % | 0.00 % | Domestic Support |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00047 | Harriet Person<br>c/o Franklin County Child Support<br>80 E. Fulton St.<br>Columbus, OH 43215 | Not filed | 100.00 % | 0.00 % | Notice Only |
| 00003 | HUNTINGTON NATIONAL BANK<br>PO BOX 182519<br>COLUMBUS, OH 43218-2519 | 4,900.49 | 100.00 % | 0.00 % | Pre-Pet MTG Arrears |
| 00002 | HUNTINGTON NATIONAL BANK<br>PO BOX 182519<br>COLUMBUS, OH 43218-2519 | 1,053.84<br>CONTINUING | 100.00 % | 0.00 % | Mortgage |
| 00025 | HUNTINGTON NATIONAL BANK<br>C/O WELTMAN WEINBERG & REIS<br>PO BOX 6597<br>CLEVELAND, OH 44101 | 1,252.26 | 1.00 % | 0.00 % | Unsecured |
| 00026 | Huntington National Bank<br>P.O. Box 5876<br>Cleveland, OH 44101 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00009 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS, MO 63195 | 514.19 | 1.00 % | 0.00 % | Unsecured |
| 00027 | JP Recovery<br>P.O. Box 182140<br>Columbus, OH 43218 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00016 | LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 554.75 | 1.00 % | 0.00 % | Unsecured |
| 00028 | Midnight Velvet<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00029 | MoneyKey<br>3422 Old Capital Trail<br>Suite 1613<br>Wilmington, DE 19808 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00030 | National Cash Advance<br>21668 Libby Road<br>Maple Hts., OH 44137 | Not filed | 1.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00031 | NCO Financial<br>P.O. Box 15636<br>Wilmington, DE  19850 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00032 | Nordstrom<br>P.O.Box 79134<br>Phoenix, AZ  85062-9134 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00004 | OHIO CHILD SUPPORT PAYMENT CTR<br>PO BOX 182372<br>COLUMBUS, OH  43218-2372 | 402.56 | 100.00 % | 0.00 % | Domestic Support |
| 00045 | Ohio Dept of Job & Family Services<br>Litigation Unit - Unemp Comp<br>PO Box 182404<br>Columbus, OH  43218-2404 | 2,056.06 | 1.00 % | 0.00 % | Unsecured |
| 00033 | Ohio Health<br>3728 Olentangy River Road<br>Columbus, OH  43214 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00022 | PREMIER BANKCARD/CHARTER<br>PO BOX 2208<br>VACAVILLE, CA  95696 | 562.08 | 1.00 % | 0.00 % | Unsecured |
| 00034 | Prog Finance LLC<br>10619 S Jordan Gateway #100<br>South Jordan, UT  84095 | 213.53 | 100.00 % | 0.00 % | Lease |
| 00035 | Prog Finance LLC<br>10619 S Jordan Gateway #100<br>South Jordan, UT  84095 | 541.77 | 100.00 % | 0.00 % | Lease |
| 00007 | Quantum3 Group LLC as agent for<br>ACE Cash Express INC<br>PO Box 788<br>Kirkland, WA  98083-0788 | 643.06 | 1.00 % | 0.00 % | Unsecured |
| 00014 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | 27.30 | 1.00 % | 0.00 % | Unsecured |
| 00036 | Rossman & co<br>5500 New Albany Rd<br>New Albany, OH  43054 | Not filed | 1.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00049 | Solutions for Real Estate<br>c/o Anne Marie Rouault<br>1103 Schrock Rd Ste 103<br>Columbus, OH 43229 | 175.00 | 100.00 % | 0.00 % | Appraiser |
| 00037 | Stellar Recovery<br>1845 Highway 93 South<br>Suite 310<br>Kalispell, MT 59901 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00008 | THE OHIO BELL TELEPHONE CO<br>c/o AT&T SERVICES INC<br>ONE AT&T WAY RM 3A104<br>BEDMINSTER, NJ 07921 | 1,005.12 | 1.00 % | 0.00 % | Unsecured |
| 00038 | TK Financial Inc<br>930 San Pablo ave<br>Pinole, CA 94564 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00039 | US Bank<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201 | 418.00 | 1.00 % | 0.00 % | Unsecured |
| 00046 | US Bank<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201 | 827.27 | 1.00 % | 0.00 % | Unsecured |
| 00040 | US Deparment of Education<br>2401 International<br>PO Box 7859<br>Madison, WI 53704 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00021 | US DEPARTMENT OF EDUCATION<br>FEDLOAN SERVICING<br>PO BOX 530210<br>ATLANTA, GA 30353-0210 | 72,616.73 | 1.00 % | 0.00 % | Unsecured |
| 00024 | US DEPT OF EDUCATION<br>PO BOX 530229<br>ATLANTA, GA 30353-0229 | 28,371.69 | 1.00 % | 0.00 % | Unsecured |
| 00041 | Vesha & Janikian<br>1250 S. High St.<br>Columbus, OH 43206 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00042 | West Asset Management<br>P.O. Box 2308<br>Sherman, TX 75091-2308 | Not filed | 1.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00043 | Wright Patt Credit Union<br>2455 Executive Blvd.<br>Fairborn, OH  45324 | Not filed | 1.00 % | 0.00 % | Unsecured |
| | TOTAL | 152,407.31 | | | |
| 00000 | Erin E. Schrader<br>Rauser & Associates<br>5 E. Long Street, Suite 300<br>Columbus, OH  43215 | 3,400.00 | 100.00 % | 0.00 % | Attorney Fee |

Dated: March 03, 2015

/s/Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Tracey Person | : | CASE NO: 14-56277 |
|       Karla Young-Person | | |
| | : | CHAPTER 13 |
| | : | JUDGE: C KATHRYN PRESTON |

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 03, 2015, a copy of the foregoing Notice of Intention to Pay Claims was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
Erin E. Schrader

and on the following by **ordinary U.S. Mail addressed to:**

Tracey Person
Karla Young-Person
5656 Dashshund Ct.
Columbus, OH  43232

**See Creditor Matrix**
**All Creditors and Parties in Interest**

TK Financial Inc
930 San Pablo ave
Pinole, CA  945640000

Midnight Velvet
1112 7th Avenue
Monroe, WI  535661364

ALLY FINANCIAL c/o Weltman,
Weinberg & Reis
323 W. Lakeside Avenue, Ste 200
Cleveland, OH  441130000

Enhanced Recovery Corp.
P.O. Box 57547
Jacksonville, FL  322410000

MoneyKey
3422 Old Capital Trail
Suite 1613
Wilmington, DE  198080000

Dish Network
Dept. 0063
Palatine, IL  600550063

Dr. Christopher Masoner
17 N. Harding Rd.
Columbus, OH  432090000

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC  296030587

Stellar Recovery
1845 Highway 93 South
Suite 310
Kalispell, MT  599010000

Solutions for Real Estate
C/O Anne Marie Rouault
1103 Schrock Rd, Suite 103
Columbus, OH  432290000

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  980830788

United States Department of Education
Claims Filing Unit
P O Box 8973
Madison, WI  537088973

Credit Management
4200 International Pkwy.
Carrollton, TX  750071906

US Bank
Bankruptcy Department
P.O. Box 5229
Cincinnati, OH  452010000

Nordstrom
P.O.Box 79134
Phoenix, AZ  850629134

Huntington Mortgage
PO Box 182440
Columbus, OH  432182440

Ace Cash Express
7470 Brookpark Rd.
Cleveland, OH  441440000

GM Financial
Po Box 183834
Arlington, TX  760960000

Ally Financial
c/o Weltman Weinberg & Reis
323 W Lakeside Ave Ste 200
Cleveland, OH  441130000

Ohio Department of Taxation
30 East Broad, 23rd Floor
Bankruptcy Division
Columbus, OH  432150000

Premier Bankcard/Charter
PO Box 2208
Vacaville, CA  956960000

Buckeye Lending Solutions
7001 Post Rd. Suite 300
Dublin, OH  430160000

Huntington
P.O. Box 15583
Wilmington, DE  198860000

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH  432160000

Great Lakes Higer Education
Po Box 3059
Milwaukee, WI  532010000

CERASTES, LLC
C O WEINSTEIN, PINSON AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA  981210000

Ohio Health
3728 Olentangy River Road
Columbus, OH  432140000

National Cash Advance
21668 Libby Road
Maple Hts., OH  441370000

Huntington National Bank
P O Box 89424
Cleveland, OH  441018539

Comenity Bank
Po Box 182789
Columbus, OH  432180000

Franklin County Child Support
80 E. Fulton Street
Columbus, OH  432150000

Huntington National Bank-DDA
c/o Weltman Weinberg & Reis
P.O. Box 6597
Cleveland, OH  441010000

U. S. Department of Education
FedLoan Servicing
P. O. Box 69184
Harrisburg, PA  171069184

Credit One Bank
P.O. Box 60500
City Of Industry, CA  917160500

Quantum3 Group LLC as agent for
ACE Cash Express INC
PO Box 788
Kirkland, WA  980830788

US Deparment of Education
2401 International
PO Box 7859
Madison, WI  537040000

Prog Finance, LLC
c/o Autumn Bushman
10619 South Jordan Gateway, &#035;100
South Jordan, UT  840950000

Rossman & Co
5500 New Albany Rd
New Albany, OH  430540000

AT & T
P.O. Box 8212
Aurora, IL  605728212

Chase
P.O. Box 1022
Wixom, MI  483930000

West Asset Management
P.O. Box 2308
Sherman, TX  750912308

Progressive Finance
11629 S 700
Draper, UT  840200000

First Premier Bank
P.O. Box 5519
Sioux Falls, SD  571175519

Huntington National Bank
P.O. Box 5876
Cleveland, OH  441010000

CMI
4200 International
Carrollton, TX  750070000

Tracey Person
5656 Dashshund Ct.
Columbus, OH  432320000

Enhanced Recovery Corp
8014 Bayberry Rd.
Jacksonville, FL  322560000

AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, TX  760960000

GMAC
P.O. Box 5180
Carol Stream, OH  601975180

Check Smart
2496 Morse Road
Columbus, OH  432310000

JP Recovery
P.O. Box 182140
Columbus, OH  432180000

Karla Young-Person
5656 Dashshund Ct.
Columbus, OH  432320000

Ally Financial f/k/a GMAC serviced by
Ally Servicing LLC
PO Box 130424
Roseville, MN  551130004

Harriet Person
c/o Franklin County Child Support
80 E. Fulton St.
Columbus, OH  432150000

Fedloan Servicing
Department of Education
Po Box 530210
Atlanta, GA  303530000

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud, MN  563029617

Vesha & Janikian
1250 S. High St.
Columbus, OH  432060000

Anne Marie Rouault
Solutions for Real Estate
1103 Schrock Rd, Suite 103
Columbus, OH  432290000

Wright Patt Credit Union
2455 Executive Blvd.
Fairborn, OH  453240000

Columbus Southern Power
P.O. Box 3030
Anderson, IN  460183030

The Ohio Bell Telephone Company
&#037; AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ  079210000

NCO Financial
P.O. Box 15636
Wilmington, DE  198500000

Ohio Dept of Job & Family Services
Litigation Unit - Unemp Comp
PO Box 182404
Columbus, OH  432182404